CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

DEC 23 2016

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| **KEITH REGINALD BALL,** | ) | CASE NO. 7:16CV00526 |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| **COMMONWEALTH OF VIRGINIA,** | ) | By: Glen E. Conrad |
| **ET AL.,** | ) | Chief United States District Judge |
| | ) | |
| Defendants. | ) | |

For the reasons stated in the accompanying memorandum opinion, it is hereby

ADJUDGED AND ORDERED

that the plaintiff's motion for interlocutory injunctive relief (ECF No. 4) is **DENIED** as moot; the complaint under 42 U.S.C. § 1983 is **DISMISSED** without prejudice under 28 U.S.C. § 1915A(b)(1) for failure to state a claim; and the clerk will strike the case from the active docket of the court.

ENTER: This 23rd day of December, 2016.

/s/ Glen E. Conrad
Chief United States District Judge